NEW YORK PRODUCE EXCHANGE BANK, Respondent, *v.* TWELFTH WARD BANK OF THE CITY OF NEW YORK, Appellant.

*N. Y. Produce Exchange Bank* v. *Twelfth Ward Bank of City of New York*, 144 App. Div. 896, reversed.
(Argued December 4, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover money alleged to have been paid under a mistake of fact.

*Otto C. Sommerich* and *Maxwell C. Katz* for appellant.

*James E. Kelly* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that there was a question of fact for the jury whether the check described in the pleading was a forgery or a filled-in check; no opinion.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.